1 *Counsel Of Record On Following Page*

2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE SALDIVAR,<br><br>           Plaintiff,<br><br>v.<br><br>DOLLAR TREE DISTRIBUTION, INC. and DOES 1 through 20, Inclusive,<br><br>           Defendants. | Case No. 5:13-CV-02397-SVW-AJWx<br><br>**ORDER RE STIPULATION OF THE PARTIES**<br><br>**[FILED CONCURRENTLY WITH STIPULATED PROTECTIVE ORDER]**<br><br>Complaint Filed: November 14, 2013<br>Trial Date: No date set. |

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

[PROPOSED] PROTECTIVE ORDER      Case No. 5:13-CV-02397-SVW-AJWx

1  LINDBERGH PORTER, Bar No. 100091
   lporter@littler.com
2  CONSTANCE E. NORTON, Bar No. 146365
   cnorton@littler.com
3  LITTLER MENDELSON, P.C.
   650 California Street
4  20th Floor
   San Francisco, CA  94108.2693
5  Telephone:  415.433.1940
   Facsimile:   415.399.8490
6
   Attorneys for Defendant
7  DOLLAR TREE DISTRIBUTION, INC.

8  EVERETT C. MARTIN, Bar No. 227357
   cmartin@littler.com
9  LITTLER MENDELSON, P.C.
   633 West 5th Street
10 63rd Floor
   Los Angeles, CA  90071
11 Telephone:  213.443.4300
   Facsimile:   213.443.4299
12
   Attorneys for Defendant
13 DOLLAR TREE DISTRIBUTION, INC.

14 DAREN H. LIPINSKY, Bar No. 190955
   dlipinsky@aol.com
15 AARON RAY BOYD, Bar No. 146687
   arboyd.1@gmail.com, aboyd@brownlipinsky.com
16 BROWN & LIPINSKY LLP
   ATTORNEYS AT LAW
17 5811 Pine Avenue, Suite A
   Chino Hills, CA  91709
18 Telephone:  909.597.2445
   Facsimile:   909.597.6199
19
   Attorneys for Plaintiff
20 JOE SALDIVAR

21

22

23

24

25

26

27

28

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

[PROPOSED] PROTECTIVE ORDER                    Case No. 5:13-CV-02397-SVW-AJWx

# ORDER

Good cause having been established by Stipulation of the Parties,

    IT IS HEREBY ORDERED,

    1.    The Parties' Stipulation for Protective Order, attached hereto as Exhibit "A," is hereby entered in its entirety as an Order of this Court.

Dated: March 27, 2014

_____
The Honorable Andrew J. Wistrich
UNITED STATES MAGISTRATE JUDGE

Firmwide:125706367.1 061603.1105

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

[PROPOSED] PROTECTIVE ORDER    1.    Case No. 5:13-CV-02397-SVW-AJWx