JS-6

1  *Counsel Of Record On Following Page*

2
3
4
5
6
7
8
9
10

11              UNITED STATES DISTRICT COURT

12              CENTRAL DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| 14  JOE SALDIVAR,<br>15              Plaintiff,<br>16  v.<br>17  DOLLAR TREE DISTRIBUTION,<br>    INC. and DOES 1 through 20,<br>18  Inclusive,<br>19              Defendants.<br>20 | Case No. 5:13-CV-02397-SVW-AJWx<br><br>**ORDER RE STIPULATION OF THE PARTIES**<br><br>**[Filed Concurrently With Stipulation And Request For Dismissal With Prejudice]**<br><br>Complaint Filed: November 14, 2013<br>Trial Date:       September 2, 2014 |

21
22
23
24
25
26
27
28

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

[PROPOSED] ORDER RE
STIPULATION OF THE PARTIES

Case No. 5:13-CV-02397-SVW-AJWx

| | |
|---|---|
| 1 | LINDBERGH PORTER, Bar No. 100091 |
| | lporter@littler.com |
| 2 | CONSTANCE E. NORTON, Bar No. 146365 |
| | cnorton@littler.com |
| 3 | LITTLER MENDELSON, P.C. |
| | 650 California Street |
| 4 | 20th Floor |
| | San Francisco, CA  94108.2693 |
| 5 | Telephone:  415.433.1940 |
| | Facsimile:   415.399.8490 |
| 6 | |
| | Attorneys for Defendant |
| 7 | DOLLAR TREE DISTRIBUTION, INC. |
| | |
| 8 | EVERETT C. MARTIN, Bar No. 227357 |
| | cmartin@littler.com |
| 9 | LITTLER MENDELSON, P.C. |
| | 633 West 5th Street |
| 10 | 63rd Floor |
| | Los Angeles, CA  90071 |
| 11 | Telephone:  213.443.4300 |
| | Facsimile:   213.443.4299 |
| 12 | |
| | Attorneys for Defendant |
| 13 | DOLLAR TREE DISTRIBUTION, INC. |
| | |
| 14 | DAREN H. LIPINSKY, Bar No. 190955 |
| | dlipinsky@aol.com |
| 15 | AARON RAY BOYD, Bar No. 146687 |
| | arboyd.1@gmail.com, aboyd@brownlipinsky.com |
| 16 | BROWN & LIPINSKY LLP |
| | ATTORNEYS AT LAW |
| 17 | 5811 Pine Avenue, Suite A |
| | Chino Hills, CA  91709 |
| 18 | Telephone:  909.597.2445 |
| | Facsimile:   909.597.6199 |
| 19 | |
| | Attorneys for Plaintiff |
| 20 | JOE SALDIVAR |

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

[PROPOSED] ORDER RE STIPULATION OF THE PARTIES

Case No. 5:13-CV-02397-SVW-AJWx

# ORDER

Good cause having been established by Stipulation of the Parties, IT IS HEREBY ORDERED:

1. The Parties' Stipulation And Request For Dismissal With Prejudice, attached hereto as *Exhibit A* and incorporated herein by reference, is hereby entered in its entirety as an Order of this Court.

**IT IS SO ORDERED.**

Dated: June 13, 2014

_____
The Honorable Stephen V. Wilson
UNITED STATES DISTRICT COURT

Firmwide:126847193.1 061603.1105

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

ORDER RE STIPULATION OF THE PARTIES    1.    Case No. 5:13-CV-02397-SVW-AJWx